UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BUSINESS OF THE COURT | )   ASSIGNMENT OF CASES |
| | ) |
| | ) |
| | ) |

## ADMINISTRATIVE ORDER

**IT IS HEREBY ORDERED** that the following cases shall be transferred to District Judge Zachary M. Bluestone. All deadlines previously set remain in effect unless otherwise ordered by the Court.

| Case No. | Case Name |
|---|---|
| 4:24cv01084 SRC | Harris v. Safeco Insurance Company of Illinois |
| 4:24cv01702 SRC | Moan v. Select Comfort Retail Corporation, et al. |
| 4:23cv00249 HEA | Henreid v. Kodner Watkins LC, et al. |
| 4:23cv01415 HEA | Cross v. Shogan |
| 4:24cv01092 HEA | Davis v. City of St. Louis, Missouri, et al. |
| 4:24cv01457 HEA | Wilson v. City of Clayton, et al. |
| 4:24cv01594 HEA | King v. Saint Louis Metropolitan Police Department, et al. |
| 4:25cv00111 HEA | Dynamite Marketing, Inc. v. The Magnet Group |
| 4:25cv00580 HEA | Ross v. Montgomery |
| 4:25cv00701 HEA | Zdunczuk-Perry v. Logoplaste USA, Inc. |
| 4:25cv00725 HEA | Houghland v. Unum Life Insurance Company of America, et al. |
| 4:25cv00748 HEA | Germany v. DAS Acquisition Company, LLC, et al. |
| 4:25cv00848 HEA | Douglas v. Thunder Basin Coal Company, LLC |
| 4:25cv01027 HEA | Bey v. North County Cooperative Police Dept., et al. |
| 4:25cv01070 HEA | Boudreaux v. Edward D. Jones & Co., L.P. |
| 4:22cv00902 SEP | Davis v. City of St. Louis, Missouri, et al. |
| 4:22cv01117 SEP | Short v. St. Charles County, et al. |
| 4:23cv00091 SEP | D7 Roofing, LLC, et al. v. United Union of Roofers, et al. |
| 4:23cv01590 SEP | Joy, et al. v. Higher Education Loan Authority of the State of MO |
| 4:24cv00245 SEP | Potter v. Buckner |
| 4:24cv00491 SEP | Doe v. ESA P Portfolio LLC, et al. |
| 4:24cv00602 SEP | Cowden v. United States Department of the Treasury, et al. |
| 4:24cv00731 SEP | Xenos v. Principal Life Insurance Company |
| 4:24cv01306 SEP | Miller v. Travelers Personal Insurance Company |
| 4:24cv01342 SEP | Barbosa, et al. v. General Motors, et al. |
| 4:24cv01390 SEP | Winston v. City of St. Louis, Missouri, et al. |
| 4:25cv00017 SEP | Altman v. Altman |
| 4:25cv00067 SEP | Goodwin, et al. v. Rollin' R Trucking, LLC, et al. |
| 4:25cv00218 SEP | Berg-Gash v. City of St. Louis Fire Department |
| 4:25cv00283 SEP | Coleman v. DW Crossland, LLC, et al. |
| 4:25cv00392 SEP | Palmer v. Nash, et al. |
| 4:25cv00456 SEP | Pilak v. Uber Technologies |
| 4:25cv00599 SEP | Jag4, LLC, et al. v. City of St. Louis, et al. |
| 4:25cv00720 SEP | McAfee v. Sogotrade, Inc. |
| 4:25cv00740 SEP | Bankers Standard Insurance Company v. Zoeller Company |

| | |
|---|---|
| 4:25cv01004 SEP | Wicks v. City of St. Louis, et al. |
| 4:24cv00135 MTS | Johnson v. Missouri Department of Corrections, et al. |
| 4:24cv01023 MTS | Caldwell v. Louis DeJoy, et al. |
| 4:24cv01047 MTS | Bumpas, et al. v. Missouri Housing Development Commission, et al. |
| 4:25cv00157 MTS | O'Donnell, et al. v. Charter Communications, Inc., et al. |
| 4:25cv00512 MTS | Hefling v. Taylor Fresh Foods Inc., et al. |
| 4:25cv01046 MTS | Marshall v. Christopher, et al. |
| 4:25cv00091 CDP | Heiss Products, Inc., et al. v. Watlow Electric Manufacturing Co. |
| 4:21cv00788 RWS | Clark, et al. v. City of St. Louis, Missouri, et al. |
| 4:23cv01236 RWS | Hernandez v. Adams |
| 4:24cv00460 RWS | Woods v. City of St. Ann, Missouri, et al. |
| 4:24cv01272 RWS | Sumlin v. The City of St. Louis |
| 4:24cv01655 RWS | Selz v. Canam Steel Corporation |
| 4:25cv00869 RWS | Faron v. Faron |
| 4:25cv00936 RWS | Estate of Lamoree' Moore, et al. v. Alpha Kappa Alpha Sorority, et al. |
| 4:22cv01226 AGF | Libertus v. Harris, et al. |
| 4:24cv01623 AGF | Kuhn v. The Burlington Insurance Company |
| 4:25cv00195 AGF | Reando, et al. v. Unum Life Insurance Company of America, et al. |
| 4:25cv00363 AGF | Lindsey-Evans, et al. v. NRRM, LLC, et al. |
| 4:25cv00470 AGF | Lawshe v. City of St. Louis, et al. |
| 4:24cv01359 JAR | Joshghani v. ServiceSource, Inc. |
| 4:24cv01504 JAR | Flowers v. The Washington University |
| 4:25cv00427 JAR | Johns v. Cushman & Wakefield U.S., Inc, |
| 4:25cv00448 JAR | Wood v. Festus, City of |
| 4:25cv00598 JAR | Sanchez v. Sharp-Heitert, et al. |

Dated this 18th day of August, 2025.

                                                                     NATHAN M. GRAVES
                                                                     CLERK OF COURT

                                                                     By: /s/ Katie Spurgeon
                                                                          Operations Manager